OPINION — AG — THE COUNTY SHERIFFS ARE NOT REQUIRED TO PAY FROM THE AMOUNTS ALLOWED BY 19 O.S. 1961 180.43 [19-180.43] AS AMENDED BY HOUSE BILL NO. 930 OF THE 30TH LEGISLATURE OF THE STATE OF OKLAHOMA, FOR LAUNDRY, DRUGS, AND LIKE EXPENSES INCIDENT TO THE INCARCERATION OF COUNTY PRISONERS. CITE: OPINION TO TOM SMITH, DATED NOV. 26, 1951; OPINION TO R. H. MILLS, DATED APRIL 26, 1951, 19 O.S. 1957 Supp., 180.43 [19-180.43] (TERRY SHIPLEY) ** SEE: OPINION NO. 74-192 (1975) **